UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ALLEN SIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, et al.,<br><br>Defendants. | No. 2:23-cv-2962 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion seeking leave to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file a second amended complaint (ECF No. 11) is granted.

2. Plaintiff's amended complaint is dismissed.

3. Plaintiff is granted 30 days within which to file a second amended complaint. Failure to file a second amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated:  September 13, 2024

_CAROLYN K. DELANEY_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/simm2962.lta